UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \* \* \*

| | |
|---|---|
| WILLIE LEE JEFFERSON,<br><br>           Plaintiff,<br><br>vs.<br><br>MICHAEL CRUSE,<br><br>           Defendant. | 3:04-cv-00378-LRH-VPC<br><br><u>ORDER</u> |

Before the court is Plaintiff's Motion for Reconsideration (Doc. #116) of the court's Order granting judgment in favor of Defendants (Doc. #114), the opposition to Plaintiff's Motion for Reconsideration (Doc. #117) and Plaintiff's Reply in support of his motion for reconsideration (Doc #121).

The court has conducted a de novo review of the underlying Report and Recommendation as well as the order of the Honorable Edward C. Reed, Jr. in approving and adopting the underlying Report and Recommendation of the Magistrate Judge. No grounds have been demonstrated by the Plaintiff which would support a reconsideration of the summary judgment entered against him. Similarly, no newly discovered evidence has been presented nor has any clear error been committed which would have altered in any way the judgment entered against Plaintiff. Additionally, there has been no change in controlling law. Fed.R.Civ.P. 59(e).

GOOD CAUSE APPEARING, IT IS HEREBY ORDERED that Plaintiff's Motion for Reconsideration (Doc. #116) is DENIED.

///

1       Also before the court is a motion seeking a status check/clarification of all pleadings (Doc. #122) and a motion to disqualify Magistrate Judge Cooke and District Judge Reed (Doc. #123) from serving on this action.  No grounds have been shown that would support the disqualification of Magistrate Judge Cooke and this action has previously been reassigned from District Judge Reed to the undersigned District Judge.

      GOOD CAUSE APPEARING, Plaintiff's motion seeking a status check/clarification (Doc. #122) is DENIED as moot and Plaintiff's motion (Doc. #123) seeking to disqualify Magistrate Judge Cooke is DENIED and Plaintiff's motion to disqualify District Judge Reed is DENIED as moot.

      IT IS SO ORDERED.

      DATED this 29th day of August, 2006.

_____
LARRY R. HICKS
UNITED STATES DISTRICT JUDGE